UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
         - v. -                     :
                                    :
JAIRO GABRIEL MONTOYA HERNANDEZ,    :
   a/k/a "Maximo,"                       ORDER
   a/k/a "El Ingeniero,"            :
JAIRO MAURICIO MONTOYA MACIAS,           07 Cr. 197
   a/k/a "Mauricio,"                :
   a/k/a "Martin,"                  :
FABIO ALONSO MARIN DUQUE,           :
   a/k/a "Felipe,"                  :
WILLIAM DE JESUS RESTREPO RESTREPO, :
   a/k/a "Willy,"                   
JULIO CESAR RAMIREZ LAINO,          :
ALVARO MORALES MAYA,                
   a/k/a "Bethoven,"                :
   a/k/a "El Sordo,"                
BEATRIZ EUGENIA RAMIREZ LUGO, and   :
MARTA OLGA MACIAS DE MONTOYA,       
                                    :
             Defendants.            
                                    :
- - - - - - - - - - - - - - - - - -x


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
6/1/07

        Upon the application of the United States of America, and for good cause shown, it is hereby

        ORDERED that the Indictment in the above-captioned matter, which has heretofore been sealed, shall be and hereby is unsealed.

Dated:  New York, New York
        June 1, 2007

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

*Judge Roberts* (signature)